## SINGLETON v. BALLEW.

No. 6910.    Opinion Filed March 21, 1916.

Rehearing Denied May 23, 1916.

(156 Pac. 324.)

**APPEAL AND ERROR—Briefs—Failure to File—Reversal.** Where the plaintiff in error has perfected an appeal and filed briefs and defendant in error has neither filed a brief nor offered any excuse

for such failure, the court is not required to search the record to find some theory upon which judgment may be sustained; and where the brief filed appears reasonably to sustain the assignments of error, the court may reverse the judgment in accordance with the prayer of the plaintiff in error.

(Syllabus by Clay, C.)

*Error from County Court, Cherokee County;*
*E. E. McMichael, Judge.*

Action by John W. Singleton against M. M. Ballew. Judgment for defendant, and plaintiff brings error. Reversed and remanded.

*Asbery Burkhead,* for plaintiff in error.

Opinion by CLAY, C. This cause presents error from the county court of Cherokee county, Okla. The plaintiff in error has filed with his petition in error a case-made in compliance with the rules of this court and has served and filed a brief, but the defendant in error has not filed, nor offered any excuse for his failure to file, a brief.

In such cases this court is not required to search the record to find some theory upon which the judgment may be sustained; and where the brief filed appears reasonably to sustain the assignments of error, the court may reverse the judgment in accordance with the prayer of the petition in error. From an examination of the brief filed, we are of the opinion that the grounds for reversal therein urged should be sustained.

We therefore recommend that the judgment of the trial court be reversed, and the case remanded.

By the Court: It is so ordered.